IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | Civil Action No.:  22-cv-001286 |
| | * | |
| WALKER RUN PROPERTY MAINTENANCE, INC., | * | |
| | | |
| Defendant, | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **STIPULATION OF DISMISSAL**

Plaintiff, Nationwide Mutual Insurance Company, pursuant to Rule 41 (a), hereby

dismisses this action against the Defendants, without prejudice.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (04586)
Downs Ward Bender Herzog & Kintigh, PA
11350 McCormick Road
EP3, Suite 400
Hunt Valley, MD 21031
410-584-2800
mward@downs-ward.com
Counsel for Nationwide Mutual Insurance
Company


*/s/ Catherine Dickinson*
Catherine Dickinson
SCHLACHMAN BELSKY WEINER &
DAVEY, PA
300 East Lombard Street, Suite 1100
Baltimore, MD 21202
cdickinson@sbwdlaw.com
Counsel for Clyde L. Stubbs

*Timothy J. Driscoll*
Timothy J. Driscoll
Driscoll Law Group
322 Main Street, Suite 101
Laurel, MD 20707
Phone: 240-456-0008
tim@driscolllawgroup.com
Counsel for Walker Run Property
Management, Inc.

CERTIFICATE OF SERVICE

I HEREBY certify that on this 21st day of December, 2022, a copy of the foregoing was

served by ECF to all counsel of record.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward